Form OCP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | | |
|---|---|---|
| In Re: | Larissa Goncalves D T Marques and Sabastiao D JR Xavier Ferreira | Case No.: 25–40270 WJL 13 |
| | aka Larissa G Marques | Chapter: 13 |
| | aka Sebastiao Denismar Xavier Ferreira Jr. | |
| | aka Sebastiao Ferreira | |
| | Debtor(s) | |

# NOTICE OF ORDER CONFIRMING PLAN

**Notice is hereby given** of the entry of an order of this court on 05/29/25 confirming the plan filed by the debtor(s) on 5/7/25

Dated: 5/30/25

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court